■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANK K. COLLESANO, Appellant. [778 NYS2d 351]—Appeal from a judgment of the Niagara County Court (Peter L. Broderick, J.), rendered August 20, 2002. The judgment convicted defendant, upon his plea of guilty, of course of sexual conduct against a child in the first degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo,* 91 NY2d 733, 737 [1998]). Present—Green, J.P., Pine, Scudder, Martoche and Hayes, JJ.